**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1103**

─────────────

JAMES E. BUCKINGHAM,

                                    Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                    Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.  (CA-
99-965-S)

─────────────

Submitted:  June 13, 2000          Decided:  June 30, 2000

─────────────

Before MURNAGHAN, WILKINS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Henry Lee Belsky, Kimberly Ann Alley, SCHLACHMAN, BELSKY & WEINER,
P.A., Baltimore, Maryland; Daniel S. Katz, TYDINGS & ROSENBERG,
Baltimore, Maryland, for Appellant.  Lynne A. Battaglia, United
States Attorney, Larry D. Adams, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James E. Buckingham appeals the district court's grant of summary judgment to the United States and dismissal of his complaint brought under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (1994).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Buckingham v. United States</u>, No. CA-99-965-S (D. Md. Jan. 3, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2